1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

RODNEY LEE ROLLNESS,

9

Petitioner,

v.

Case No. C10-1440-RSL
(CR06-41-RSL)

10

UNITED STATES OF AMERICA,

**ORDER DENYING § 2255 MOTION**

11

Respondent.

12

13

The Court, having reviewed the Report and Recommendation of Brian A. Tsuchida,

14

United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

15

(1)     The Court adopts the Report and Recommendation.

16

(2)     Petitioner's motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his

17

sentence (Dkt. No. 1) is **DENIED** and this action is **DISMISSED** with prejudice.

18

(3)     In accordance with Rule 11 of the Rules Governing Section 2255 Cases in the

19

United States District Courts, a certificate of appealability is **DENIED**.

20

(4)     The Clerk is directed to send copies of this Order to petitioner, to counsel for the

21

government, and to the Honorable Brian A. Tsuchida.

22

DATED this 21st day of August, 2013.

23

*Robt S Lasnik*

Robert S. Lasnik
United States District Judge

ORDER DENYING § 2255 MOTION  - 1