UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RODNEY ROLLNESS,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

Case No. C10-1440RSL

ORDER DENYING MOTION
FOR EXTENSION OF TIME

    This matter comes before the Court on Petitioner's "Motion for Enlargement of Time to File C.O.A." (Dkt. # 41) Having considered the facts set forth in the motions and remainder of the record, the Court finds as follows:

    Petitioner seeks an additional 60 days to file his application for a certificate of appealability under 28 U.S.C. § 2253(c). The Court, however, already denied the issuance of a certificate of appealability in its August 21, 2013 Order denying Petitioner's § 2255 motion and dismissing the case. Petitioner's motion for additional time (Dkt. # 41) is therefore DENIED as moot.

    DATED this 19th day of September, 2013.

Robert S. Lasnik
United States District Judge

ORDER - 1